

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Company, Sterling Construction Company, Inc.,
Appellants

v.

Martin **VALDIVIA**, Sr., and Maria Cervantes Valdivia,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The clerk's record was due on December 4, 2017. The next day, the Bexar County District Clerk filed a notification of late record and requested an extension of time to file the clerk's record. The notification did not specify the number of additional days requested or provide an expected date the record would be completed.

The clerk's request is GRANTED. The clerk's record is due on December 20, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court